BRUCE A. HARLAND, Bar No. 230477
XOCHITL A. LOPEZ, Bar No. 284909
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bharland@unioncounsel.net
              xlopez@unioncounsel.net

Attorneys for Defendant,
SEIU, UNITED HEALTHCARE WORKERS-WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAREEFAH JOSEPH,<br><br>                   Plaintiff,<br><br>  v.<br><br>SEIU, UNITED HEALTHCARE WORKERS-WEST,<br><br>                   Defendant. | No. 3:16-cv-01644-EMC<br><br>**STIPULATED REQUEST TO EXTEND DEADLINE FOR CONDUCTING MEDIATION; AND PROPOSED ORDER** |

      Pursuant to ADR L.R. 6-7 and L.R. 7-12, Plaintiffs and Defendant seek to extend the time for conducting mediation in this matter.  The considerations supporting the request, as stipulated, are set forth below:

      The Parties voluntarily agreed to conduct a private mediation in this dispute to determine whether settlement may be achieved without the necessity for further litigation.  The Parties agreed to delay discovery until after final adjudication of Defendant's Motion to Dismiss pursuant to FRCP 12(b)(6).  On July 21, 2016, during the Case Management Conference and hearing on Defendant's Motion to Dismiss, the Court ordered that private mediation was to be completed within one-hundred and fifty (150) days from the date of that hearing.  The Court subsequently entered an order partially granting and partially denying Defendant's Motion to Dismiss, thus

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATED REQUEST TO EXTEND DEADLINE FOR CONDUCTING MEDIATION; AND PROPOSED ORDER
Case No. 3:16-cv-01644-EMC

clarifying the disputes subject to further litigation.  Plaintiff declined to file an amended complaint, and Defendant filed its Answer on September 14, 2016.

The Parties now desire to engage in meaningful discovery for the purpose of facilitating settlement prior to any mediation.  The mediator selected by the Parties is unavailable until after the Court's deadline for conducting mediation—the earliest availability being in December 2016 and January 2017.  In order to retain the neutral mediator selected by the Parties, and in order to have sufficient opportunity to engage in discovery, and to preserve the Parties' resources and the resources of the Court, the Parties jointly request an extension of the deadline to conduct mediation to January 31, 2017, which is three weeks prior to the Parties' next Case Management Conference.

Dated:  October 7, 2016

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */S/ BRUCE A. HARLAND*
BRUCE A. HARLAND
XOCHITL A. LOPEZ
Attorneys for Defendant,
SEIU, UNITED HEALTHCARE WORKERS-WEST

Dated:  October 7, 2016

GOYETTE & ASSOCIATES, INC.

*/S/ GARY G. GOYETTE*
GARY G. GOYETTE
Attorneys for Plaintiff,
SHAREEFAH JOSEPH

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: October 11, 2016

HON. EDWARD M. CHEN
JUDGE OF THE DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

140652\884787

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATED REQUEST TO EXTEND DEADLINE FOR CONDUCTING MEDIATION; AND PROPOSED ORDER
Case No. 3:16-cv-01644-EMC