GARY G. GOYETTE -- SBN 224715
GOYETTE & ASSOCIATES, INC.
A Professional Law corporation
2366 Gold Meadow Way, Suite 200
Gold River, CA  95670
Telephone: (916) 851-1900
Facsimile: (916) 851-1995
goyetteg@goyette-assoc.com
Attorney for Plaintiff SHAREEFAH JOSEPH

BRUCE A. HARLAND - Bar No. 230477
XOCHITL A. LOPEZ - Bar No. 284909
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
bharland@unioncounsel.net
xlopez@unioncounsel.net
Attorneys for Defendant
SEIU, UNITED HEATHCARE WORKERS-WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAREEFAH JOSEPH, an individual, | Case No.: 3:16-cv-01644-EMC |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FRCP RULE 41(a)(1)(A)(ii)** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WEST (SEIU UHW),  and DOES 1 through 10, inclusive, | |
| Defendants. | |


The parties to the above captioned matter, having resolved their differences in a mutually satisfactory manner, hereby jointly stipulate to dismiss this action, with prejudice, in its entirety and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorney's fees and costs. The parties jointly request that the Court now dismiss this action with prejudice.

Dated: February 1, 2017

GOYETTE & ASSOCIATES, INC.
A Professional Law Corporation

By: /s/ Gary G. Goyette
Gary G. Goyette
Attorney for Plaintiff

Dated: February 1, 2017

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Bruce A. Harland
Bruce A. Harland
Attorney for Defendant



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FRCP RULE 41(a)(1)(A)(ii)**